UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-119-WFN |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION AND MODIFYING |
| ) | CONDITIONS OF RELEASE |
| SAMANTHA PEONE, ) | |
| ) | |
| Defendant. ) | |

At the August 12, 2005, hearing on Defendant's Motion for Reconsideration of Conditions of Release (Ct. Rec. 26), Defendant appeared with Assistant Federal Defender Christina Hunt; Assistant U.S. Attorney Jared Kimball represented the United States. The United States did not oppose the Motion. Defendant has been compliant with release conditions.

Accordingly, the Defendant's Motion **(Ct. Rec. 26) is GRANTED.** The conditions of release in Magistrate Judge Leavitt's Order filed June 24, 2005, are **MODIFIED** as follows:

1. Defendant may reside at her own residence.
2. Defendant may drive a motor vehicle.

All other conditions remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 12, 2005.

                s/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION
AND MODIFYING CONDITIONS OF RELEASE - 1